**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 15, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00862-CV

## IN THE INTEREST OF S.M.H AND W.H.H., MINOR CHILDREN

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-06052**

## M E M O R A N D U M      O P I N I O N

This is an appeal from an order signed July 25, 2017. On December 21, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant